Decided September 18, 1997

JANET HANSON *v.* TRANSPORTATION GENERAL, INC., ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 45 Conn. App. 441 (AC 16527), is granted, limited to the following issues:

"Should the relative nature of the work test be adopted as an alternative to the right to control test in concluding whether the plaintiff's decedent, a cab driver, was an independent contractor and not an employee of the defendant taxi cab company?

"Did the Appellate Court properly affirm the finding of dismissal pursuant to the right to control test in light of the department of transportation regulations?

"Did the Appellate Court properly affirm the compensation review board's refusal to correct the finding of dismissal as requested by the plaintiff?"

The Supreme Court docket number is SC 15766.

*Lawrence C. Sgrignari*, in support of the petition.

*Jason M. Dodge*, in opposition.

Decided September 18, 1997